IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re Search Warrant No. 16-960-M-1 to Google | : | Magistrate No. 16-960-M-1 |
| | : | |
| In re Search Warrant No. 16-1061-M to Google | : | Magistrate No. 16-1061-M |
| | : | |

## ORDER

AND NOW, this 3rd day of February 2017, upon consideration of the motion of the government, joined in by Google, Inc., the Clerk is directed to file the attached redacted pleadings of the parties on the public record. The Court finds that these pleadings do not identify the e-mail accounts that are the subjects of the warrants and that there is a public interest in the issue that this matter raises.

BY THE COURT:

_____
HONORABLE THOMAS J. RUETER
*United States Magistrate Judge*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re Search Warrant No. 16-960-M-1 to Google | : | Magistrate No. 16-960-M-1 |
| | : | |
| In re Search Warrant No. 16-1061-M to Google | : | Magistrate No. 16-1061-M |

## MOTION TO FILE REDACTED PLEADINGS ON THE PUBLIC RECORD

The government files this motion (joined by Google, Inc.) to ask that, when the Court issues is decision in these matters, any opinion that it writes and any order that it issues exclude the names of the e-mail accounts from such filings. When the Court does issue its decision, the parties request that it file redacted copies of the parties' pleadings. The redactions remove the few attachments that identify the e-mails accounts.

The issues raised by these two matters are of national concern and have been discussed in various media. The pleadings here would be of interest to the public. The versions that are submitted here have removed references to the accounts subject to the warrants, so making these documents public would not jeopardize any ongoing criminal investigation. The

government includes a disk with electronic copies of these documents for filing in the Court's Electronic Case Filing System.

        Respectfully submitted,

        LOUIS D. LAPPEN
        Acting United States Attorney

        */s/ Michael L. Levy*
        MICHAEL L. LEVY
        JAMES A. PETKUN
        ROBERT J. LIVERMORE
        Assistant United States Attorneys

        ANDREW S. PAK
        Trial Attorney
        Computer Crime & Intellectual Property Section
        United States Department of Justice

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing motion was served via e-mail upon the following counsel for Google:

Todd M. Hinnen, Esq.
Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
THinnen@perkinscoie.com

John (Randy) R. Tyler, Esq.
Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
RTyler@perkinscoie.com

William A. DeStefano
Stevens & Lee
818 Market Street, 29th Floor
Philadelphia, PA 19103
wad@stevenslee.com

MICHAEL L. LEVY
Assistant United States Attorney

Date: January 27, 2017