IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| In re Search Warrant No. 16-960-M-01 to Google | : : : | Misc. No. | 16-960-M-01 16-1061-M |
| In re Search Warrant No. 16-1061-M to Google | : : | | |

## ORDER

**AND NOW**, this 3rd day of February, 2017, upon consideration of the a motion to compel filed by the Government in each of the above-referenced cases (Case No. 16-960-M-01, Doc. 4 and Case No. 16-1061-M, Doc. 5) (the "Motions"), the responses of Google Inc. ("Google"), the replies of the Government, and argument presented by the parties on January 12, 2017, and for the reasons stated in the court's Memorandum of Decision filed today, it is hereby **ORDERED** that the Motions are **GRANTED**. Google shall fully comply with the requirements of the two search warrants no later than fourteen (14) days from the date of this Order. Should Google file timely objections to this order, see Loc. R. Crim. P. 50.2 (IV), this Order is **STAYED** pending the disposition by the assigned United States District Court Judge.

BY THE COURT:

_____
THOMAS J. RUETER
United States Magistrate Judge